# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 11/16/2023 |
| Case: 1−23−44191−jmm | Form ID: 761 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
tr        Debra Kramer        dkramer@kramerpllc.com;trustee@kramerpllc.com

                                                  TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Dave Lawrence Jr.        99−26 213th Street        Queens Village, NY 11429
smg        Office of the United States Trustee        Eastern District of NY (Brooklyn)        Alexander Hamilton Custom House        One Bowling Green, Room 510        New York, NY 10004−1408

                                                  TOTAL: 2