| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Dave Lawrence Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–8446<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter:  7   11/16/23 |
| Case number: | 1–23–44191–jmm | |

# INSTRUCTIONS TO CLERK REGARDING
# RENT CHECK RECEIVED PURSUANT TO § 362(l)(1)

Return this form to the Clerk of Court at the above address

within 14 days of the date of the attached Notice of Compliance:

Check one of the following:

☐ _____[Landlord] consents to receive the rent check deposited with the Clerk of Court ("Clerk") by the above−captioned debtor pursuant to § 362(l)(1) of the Bankruptcy Code. I/We understand that this DOES NOT prevent me from objecting to the debtor's First and/or Second Certifications (as defined in the attached Notice of Compliance).

The Clerk should send the rent check to the following address:

_____

_____

_____

☐ _____[Landlord] declines receipt of the rent check deposited with the Clerk by the above−captioned debtor pursuant to § 362(l)(1) of the Bankruptcy Code. I/We understand that the rent check will be returned to the debtor upon the Clerk's receipt of these Instructions.

Landlord's Signature:

Landlord's Phone Number:

Dated:

**BLinsrentck1.jsp** [Instructions on Rent Check Received rev.03/28/18]