# Notice Recipients

District/Off: 0207−1               User: admin                     Date Created: 11/16/2023
Case: 1−23−44191−jmm          Form ID: 276                    Total: 4

**Recipients of Notice of Electronic Filing:**
tr          Debra Kramer          dkramer@kramerpllc.com;trustee@kramerpllc.com

                                                                                                TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Dave Lawrence Jr.       99−26 213th Street       Queens Village, NY 11429
smg        Office of the United States Trustee       Eastern District of NY (Brooklyn)       Alexander Hamilton Custom
            House       One Bowling Green, Room 510       New York, NY 10004−1408
10268037   Richard Lawrence       120−12 198th Street       St. Albans, NY 11412

                                                                                                TOTAL: 3