# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 11/16/2023 |
| Case: 1−23−44191−jmm | Form ID: 275 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr         Debra Kramer         dkramer@kramerpllc.com;trustee@kramerpllc.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Dave Lawrence Jr.         99−26 213th Street         Queens Village, NY 11429
smg         Office of the United States Trustee         Eastern District of NY (Brooklyn)         Alexander Hamilton Custom House         One Bowling Green, Room 510         New York, NY 10004−1408
10268037         Richard Lawrence         120−12 198th Street         St. Albans, NY 11412

TOTAL: 3